UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-838 ADM/AJB

CHARLES MEDINA,

PLAINTIFF,

vs.

**ORDER OF RECUSAL**

CORRECTIONS CORPORATION OF AMERICA, INC., EMSA Correctional Care, Inc., and William Platz, M.D.,

DEFENDANTS.

---

The above-titled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2001

FILED ______________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

MEDINA VS CORRECTIONS CORP CIVIL 01-838 RHK/JMM

CASE REASSIGNED TO JUDGE RICHARD H. KYLE AND REFERRED TO MAGISTRATE JUDGE MASON