UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| **CHARLES MEDINA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CORRECTIONS CORPORATION OF AMERICA, EMSA CORRECTIONAL CARE, INC., AND WILLIAM PLATZ, M.D.**<br><br>**Defendants.** | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**File No. 01-838-RHK/JMM** |

PLEASE TAKE NOTICE that the Plaintiff, Charles Medina, hereby dismisses Defendant, Dr. William Platz, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this 12th day of June , 2001.

**SORTLAND LAW OFFICE**

**Paul A. Sortland #103573**
33 South 6th Street, #4100
Minneapolis, Minnesota 55402-3601
(612) 375-0400

**ATTORNEY FOR PLAINTIFF**

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK