Cv 01-838 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **September 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: March 26, 2002.

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Bruce Lawrence Stiller | Scott Suter<br>651-730-6900 |
| | vs CV 01-43 RHK/RLE<br>COURT - DULUTH | |
| | Tennant Company<br>Life Insurance Company of North America | Thomas Berg<br>612-333-3434 |
| 2. | William Avery, sued as "William K. Avery" | John Waldron<br>952-471-0940 |
| | vs CV 00-2171 RHK/SRN<br>COURT | |
| | County of Hennepin, sued as "Hennepin County"<br><br>State of Minnesota | Cory Carlson<br>612-348-5518<br>Roberta Jones<br>612-348-5550<br>Cynthia Jahnke<br>651-282-5700 |
| 3. | Andersen Corporation | Ronald Schutz<br>Scott Strand<br>612-349-8500 |
| | vs CV 00-2548 RHK/AJB<br>JURY | |
| | Fiber Composites Inc., | John Skenyon<br>James Hall<br>617-542-5070<br>Jonathan Singer<br>RJ Zayed<br>612-335-5070 |

| | | |
|---|---|---|
| 4. | Dain Rauscher, Inc. | Richard Solum<br>James Langdon<br>612-340-2600 |
| | vs CV 01-99 RHK/FLN<br>JURY | |
| | Qumram Inc.,<br>John Baulian<br><br>Sinesio Jesus Psarin Diaz<br><br>etal | Gary Hansen<br>612-607-7000<br>James Crassweller<br>612-340-7952<br>George Dunn<br>651-224-7687<br>Richard Diamond<br>763-449-5239<br>Andrew Luger<br>612-373-0830 |
| 5. | Eleanor Hyatt | Larry Reed<br>612-529-3322 |
| | vs CV 01-571 RHK/JMM<br>JURY | |
| | City of Minneapolis<br>etal | Richard Reeves<br>612-673-2010 |
| 6. | Charles Medina | Paul Sortland<br>612-375-0400 |
| | vs CV 01-838 RHK/JMM<br>JURY | |
| | Corrections Corporation of America<br>etal | Robert Lewis<br>612-339-7121<br>Bruce Candlin<br>952-835-0123<br>Martha Sieber<br>952-820-8523 |

| | | |
|---|---|---|
| 7. | **Anglo-American Oil Inc., a Minnesota corporation** | **Dennis Schurman<br>218-847-2142** |
| | **vs CV 01-998 RHK/RLE<br>COURT<br>Fergus Falls** | |
| | **Murphy Oil USA, Inc.<br>a Delaware corporation** | **David Doyle<br>Jon McCarty<br>312-609-7500<br>Dale Larson<br>Michael Steinlage<br>651-312-6500** |
| 8. | **Twin City Pipe Trades Service Associations., Inc., a Minnesota non-profit corporation** | **William Cumming<br>612-347-0300** |
| | **vs CV 01-1056 RHK/SRN<br>COURT** | |
| | **Northern Piping & Mechanical Inc.** | **Daniel Beckman<br>952-933-9900** |
| 9. | **Vernon Hedin** | **Timothy Little<br>281-722-3400** |
| | **vs CV 01-1216 RHK/RLE<br>COURT<br>DULUTH** | |
| | **Metropolitan Life Insurance Company** | **Rikke Dierseen-Morice<br>Michael Cockson<br>612-766-7000** |

| | | |
|---|---|---|
| **10.** | **Security Life Insurance Company Of America, a Minnesota corporation** | **Robert Meller, Jr.**<br>**612-339-7121** |
| | **vs CV 01-1677 RHK/JMM**<br>**JURY** | |
| | **Dean Stewart, an Oklahoma resident etal** | **James Redman**<br>**612-333-3000**<br>**Phillip Owens II**<br>**Chris Harper**<br>**405-607-4000**<br>**Allan Sortland**<br>**612-375-0400** |