**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Charles Medina,

Plaintiff,

v.

Civil No. 01-838 RHK/JMM
**ORDER OF DISMISSAL**

Corrections Corporation of America;
EMSA Correctional Care, Inc.; Dr. Platz,
sued as A. Platz, M.D.; White Cell Medical;
Kathy Debhur, Mr. Nelson;

Defendants.

---

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 12, 2002

RICHARD H. KYLE
United States District Judge

APR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK