UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Medina,

Plaintiff,

vs

ORDER
CV 01- 838 RHK/JMM

EMSA Correctional Care Inc
etal

Defendants.

---

IT IS ORDERED THAT, the court's order dated April 12, 2002 dismissing the above action is VACATED. The Clerk is directed to reopen the file.

Date: April 29, 2002.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK