UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Charles Medina,

Plaintiff,

vs.

Corrections Corporation of America, Inc.,
EMSA Correctional Care, Inc.,
A. Platz, M.D., White Cell Medical,
Kathy Debhur, and Mr. Nelson

Defendants.

Court File No. 01-838 (RHK/JMM)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

## STIPULATION

The undersigned parties to this action, through the signatures of their undersigned representatives, hereby stipulate and agree that all claims asserted in this action against Corrections Corporation of America, Inc., together with all claims and causes of action which might have been alleged therein, may be dismissed with prejudice and on the merits, and that each party's costs shall be borne by that party. The parties jointly move the Court to enter an Order confirming this Stipulation.

Respectfully submitted,

BEST & FLANAGAN LLP

Date: April 29, 2002

By ______________________
Robert M. Lewis (# 249488)
225 South Sixth Street
Minneapolis, MN 55402
612-339-7121

ATTORNEY FOR DEFENDANT

APR 30 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 30 2002
DEPUTY CLERK ______

Date: April 23, 2002

SORTLAND LAW OFFICE

By ______________________

Paul A. Sortland (#103573)
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402-3601
612-375-0400

ATTORNEY FOR Charles Medina

**ORDER**

Based upon the Stipulation of the parties, the Court hereby dismisses all claims against Corrections Corporation of America, Inc. in this matter with prejudice and on the merits but without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: 4/30, 2002.

Honorable Richard H. Kyle

014521-200330 / 189123