# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Charles Medina,

Plaintiff,

Civil No. 01-838 (RHK/AJB)

**ORDER**

v.

EMSA Correctional Care, Inc.,
A. Platz, M.D., White Cell Medical,
Kathy DeBuhr, and Mr. Nelson,

Defendants.

On July 10, 2002, the Court ordered Plaintiff to show cause within ten (10) days why the claims against defendants A. Platz, M.D., White Cell Medical, and Mr. Nelson should not be dismissed for failure to make service upon them within 120 days of the filing of the Amended Complaint. In the attached letter dated July 18, 2002, counsel for Plaintiff indicated that Dr. Platz and Mr. Nelson have not been served and that dismissal without prejudice is appropriate. Although required to do so, counsel did not address whether White Cell Medical has been served. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the claims against defendants A. Platz, M.D., White Cell Medical, and Mr. Nelson are **DISMISSED WITHOUT PREJUDICE**.

Dated: July 23, 2002

Richard H. Kyle
United States District Judge

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**SORTLAND LAW OFFICE**
33 SOUTH SIXTH STREET, SUITE 4100
MINNEAPOLIS, MINNESOTA 55402-3601
(612) 375-0400
FACSIMILE (612) 375-0404

PAUL A. SORTLAND
ATTORNEY AT LAW

CERTIFIED CIVIL TRIAL SPECIALIST BY MSBA
ADMITTED IN MINNESOTA AND NORTH DAKOTA

July 18, 2002

Judge Richard H. Kyle
United States District Court
District Of Minnesota
300 S. 4th Street, Room 202
Minneapolis, MN 55415

RE: Medina v. EMSA Correctional Care
Court File No.: 01-838 (RHK/AJB)

Dear Judge Kyle:

Pursuant to your recent Order, of July 10, we were given ten days to show cause why Dr. Platz and Mr. Nelson should not be dismissed from this action.

The Court is correct in that we have not been able to serve Dr. Platz or Mr. Nelson. Accordingly, dismissal, without prejudice, would be appropriate.

Yours very truly,

Paul A. Sortland

PAS/njs
cc: Ms. Martha Sieber
Mr. Robert Lewis