UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles Medina,

Plaintiff,

v.

EMSA Correctional Care, Inc.,
and Kathy DeBuhr,

Defendants.

Civil No. 01-838 (RHK/AJB)

**ORDER**

---

Having found that good cause has not been shown, Defendants' Motion to Amend the Scheduling Order is **DENIED.** See Fed. R. Civ. P. 16(e); L.R. 16.3. The parties are directed to prepare and submit trial materials as outlined in the Court's Order Regarding the Schedule for Submission of Trial Materials dated June 28, 2002.

Dated: August 5, 2002

Richard H. Kyle
United States District Judge

AUG 0 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK